RALPH C. SPOONER, OSB No. 73288
E-mail: rspooner@smapc.com
SPOONER & MUCH, P.C.
530 Center Street N.E., Suite 722
Salem, OR 97301
Phone: 503-378-7777
Fax:   503-588-5899
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| CORY W. DUNN, | No.: CV 08-6304-AA |
| Plaintiff, | |
| v. | STIPULATED GENERAL JUDGMENT OF DISMISSAL |
| SAFEWAY, INC., a Delaware corporation | |
| Defendant. | |

Based upon the Stipulation of the parties by and through their respective attorneys and the court being fully advised;

IT IS HEREBY ORDERED AND ADJUDGED that the Complaint herein is hereby dismissed with prejudice and without costs being allowed to any party as all matters at issue have been fully settled.

DATED this 26 day of April, 2012.

_____
HON. ANN L. AIKEN

Page 1 – STIPULATED GENERAL JUDGMENT OF DISMISSAL

So stipulated:

DATED: March 8, 2012

JASON KAFOURY, OSB# 091206
Attorney for Plaintiff
E-mail: jkafoury@kafourymcdougal.com
Fax: 503-224-2673

DATED: April 20, 2012

RALPH C. SPOONER, OSB# 73288
Attorney for Defendant
E-mail: rspooner@smapc.com
Fax: (503) 588-5899

Page 2 – STIPULATED GENERAL JUDGMENT OF DISMISSAL

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing **STIPULATED GENERAL JUDGMENT OF DISMISSAL** to the following:

Greg Kafoury
Jason Kafoury
Kafoury & McDougal
320 SW Stark Street, Suite 202
Portland, OR 97204
  Of Attorneys for Plaintiff

by serving correct copies thereof, certified by me as such, via the United States District Court for the District of Oregon's CM/ECF filing system.

DATED this 21st day of February, 2012.

/s/ Ralph C. Spooner
RALPH C. SPOONER, OSB# 73288
Attorney for Defendant
E-mail: rspooner@smapc.com
Fax: (503) 588-5899